# EXHIBIT C

| | |
|---|---|
| **From:** | Abigail Robinson |
| **To:** | "ogc_efoia@bop.gov" |
| **Cc:** | David B. Rankin; Regina Powers |
| **Subject:** | Everson - FOIA No. 2022-01789 - expected time line? |
| **Date:** | Thursday, February 17, 2022 1:34:00 PM |
| **Attachments:** | Everson - 2022.01.11 FOIA to BOP.pdf |
| | Everson - 2022.01.21 ack ltr FOIA No. 2022-01789.pdf |

Greetings:

On January 11, 2022, my office submitted the attached FOIA request and on January 21, 2022, we received the attached acknowledgement letter. I write to respectfully request a timeframe on when we can expect to receive the responsive records.

Thank you,

**Abigail L. Robinson (she/her) | Senior Paralegal**
**Beldock Levine & Hoffman LLP | New York**
99 Park Avenue, PH/26th Fl. | New York, NY 10016
Tel: (929) 335-3217 | Fax: (212) 277-5880
ARobinson@blhny.com | http://www.blhny.com

**This message may contain privileged material. If you are not the intended recipient, please return it.**